**INSTITUTE FOR JUSTICE**
Timothy D. Keller (019844)
Jennifer M. Perkins (023087)
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
P: 480-557-8300/F: 480-557-8305

**INSTITUTE FOR JUSTICE**
William R. Maurer (WSBA 25451)[1]
101 Yesler Way, Suite 603
Seattle, WA 98104
P: 206-341-9300/F: 206-341-9311

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DEAN MARTIN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | |
| v. ) | No. CV 04-0200-PHX-EHC |
| ) | |
| JAN BREWER, et al., ) | |
| ) | **Notice of Stipulated Voluntary** |
| Defendants, ) | **Dismissal** |
| ) | |
| and ) | |
| ) | |
| CLEAN ELECTIONS INSTITUTE, ) | |
| INC., et al., ) | |
| ) | |
| Intervenor-Defendants. ) | |
| _____) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Dean Martin, the Arizona Free

Enterprise Club's Freedom Club PAC, the Arizona Taxpayers Action Committee, and

the Association of American Physicians and Surgeons as well as Defendants, Secretary

of State Jan Brewer and Citizens Clean Elections Commissioners Gary Scaramazzo,

---

[1] Admitted *pro hac vice.*

Royann J. Parker, Jeffrey L. Fairman, Donald Lindholm, and Lori S. Daniels, and Intervenor-Defendants Clean Elections Institute, Inc. and Steven S. Poe, stipulate to the voluntary dismissal of this action.  Each party will bear their own costs and fees.

**RESPECTFULLY SUBMITTED** this 10th day of October, 2008.

> INSTITUTE FOR JUSTICE
>
> s/Timothy D. Keller
>
> Timothy D. Keller (019844)
> Jennifer M. Perkins (023087)
> 398 S. Mill Avenue, Suite 301
> Tempe, AZ  85281
> P: 480-557-8300/F: 480-557-8305
>
> INSTITUTE FOR JUSTICE
> William R. Maurer (WSBA #25451)
> 101 Yesler Way, Suite 603
> Seattle, WA  98104
> P: 206-341-9300/F: 206-341-9311
>
> TERRY GODDARD
> Attorney General
>
> s/ Tanja K. Shipman
> Mary R. O'Grady
> Solicitor General
> Tanja K. Shipman
> Assistant Attorney General
> Attorneys for Defendant Jan Brewer,
> Arizona Secretary of State and
> Arizona Citizens Clean Election Commission
>
> MUNGER, TOLLES & OLSON LLP
>
> s/ Elisabeth J. Neubauer
> Bradley S. Philips
> Grant A. Davis-Denny
> Elisabeth J. Neubauer
> Attorneys for Defendant-Intervenor
> Clean Elections Institute, Inc.