# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DEAN MARTIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action |
| | ) | |
| v. | ) | No. CV 04-0200-PHX-EHC |
| | ) | |
| JAN BREWER, et al., | ) | |
| | ) | **Order of Dismissal** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CLEAN ELECTIONS INSTITUTE, INC., et al., | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| _____ | ) | |

The Plaintiffs, Defendants and Defendant-Intervenors, having filed a Notice of Stipulated Voluntary Dismissal (Dkt. 111), with good cause appearing,

Accordingly,

**IT IS ORDERED** dismissing the Plaintiffs' First Amended Complaint, filed by Dean Martin, the Arizona Free Enterprise Club's Freedom Club PAC, and the Arizona Taxpayers Action Committee, against Secretary of State Jan Brewer and Citizens Clean Elections Commissioners Gary Scaramazzo, Royann J. Parker, Jeffrey L. Fairman,

Donald Lindholm, and Lori S. Daniels, and the Intervenor-Defendants Clean Elections Institute, Inc. and Steven S. Poe.  Each party to bear their own costs and fees.

Dated this 27th day of October, 2008.

_____
Earl H. Carroll
United States District Judge