FILED

UNITED STATES COURT OF APPEALS

JAN 07 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS, a nonprofit corporation,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>DEAN MARTIN, a citizen of the State of Arizona; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>JAN BREWER, in her official capacity as Secretary of State of the State of Arizona; et al.,<br><br>        Defendants - Appellees,<br><br>and<br><br>STEVEN S. POE; et al.,<br><br>        Defendant-intervenors - Appellees. | No. 08-16621<br><br>D.C. No. 2:04-CV-00200-EHC<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

Lking/1.5.09/Pro Mo

Each party is to bear its own costs to the appeal. A copy of this order sent to the district court shall act as and for the mandate of this court.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10

Lking/1.5.09/Pro Mo