

| | | |
|---|---|---|
| ca9_ecfnoticing@ca9.uscourts.gov | To | azddb_phxappeals@azd.uscourts.gov |
| 01/07/2009 11:07 AM | cc | |
| | bcc | |
| | Subject | 08-16621 Association of American Physic, et al v. Jan Brewer, et al "Dispositive Clerk Order Filed" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 01/07/2009 at 10:07:47 AM PST and filed on 01/07/2009

**Case Name:** Association of American Physic, et al v. Jan Brewer, et al
**Case Number:** 08-16621
**Document(s):** Document(s)

**Docket Text:**
Order filed (Deputy Clerk: LKK): The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party is to bear its own costs to the appeal. A copy of this order sent to the district court shall act as and for the mandate of this court. (AF)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 08-16621.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=01/07/2009] [FileNumber=6759529-0] [434236d6ea867b32121e57dd787450029955f3407cfd05a323902c610c145935661ec0458def0cb6695b1dc3b72c4b1b1533c259a53801de3ec211fcf6244d0f]]

**Notice will be electronically mailed to:**

Davis-Denny, Grant: grant.davis-denny@mto.com, marie.contreras@mto.com
Dryer, Trevor D.: trevor.dryer@mto.com, rachel.mullinax@mto.com
Keller, Timothy D., Attorney: tkeller@ij.org, khiggins@ij.org, jperkins@ij.org
Mr. Maurer, William Randolph, Attorney: wmaurer@ij.org
Ms. Neubauer, Elisabeth Jill: Elisabeth.Neubauer@mto.com, Marsha.Oseas@mto.com

Mr. Phillips, Bradley S., Attorney: brad.phillips@mto.com, norine.mar@mto.com
Ms. Shipman, Tanja: Tanja.Shipman@azag.gov, elizabeth.stark@azag.gov, erica.lane@azag.gov, ardyn.parish@azag.gov
USDC, Phoenix: azddb_phxappeals@azd.uscourts.gov

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6759529
**RELIEF(S) DOCKETED:**
   motion to dismiss the case voluntarily pursuant to rule 42b
   to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 6013422, 5866014, 5866013, 6013423, 6013424